No. 444. JOHN S. HORD, COLLECTOR OF INTERNAL REVENUE,

ETC., PLAINTIFF IN ERROR, *v.* J. CASANOVAS. In error to the Supreme Court of the Philippine Islands. December 14, 1908. Dismissed with costs, on motion of *Mr. Solicitor General Hoyt* for the plaintiff in error. *The Attorney General* for plaintiff in error. No appearance for defendant in error.